**United States Bankruptcy Court**
**Northern District of Ohio**

In re: **Jonathon Samuel Ethan Sawyer**
     **Amelia Lina Zatik**
     Debtor(s)

Case No.
Chapter **7**

# PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Jonathon Samuel Ethan Sawyer**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Amelia Lina Zatik**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **March 4, 2020**     Signature **/s/ Jonathon Samuel Ethan Sawyer**
                                                       **Jonathon Samuel Ethan Sawyer**
                                                       Debtor

Date **March 4, 2020**     Signature **/s/ Amelia Lina Zatik**
                                                       **Amelia Lina Zatik**
                                                       Joint Debtor