UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
                CASE NO. 20-11348

JONATHON SAMUEL ETHAN SAWYER   CHAPTER 7
AMELIA LINA ZATIK

     Debtor(s)          JUDGE JESSICA E. PRICE SMITH

## MINUTES OF MEETING OF CREDITORS

Date of Meeting: 04/14/20       Time: 1:00 PM

Debtor(s) Attorney: RICHARD H. NEMETH

Examination conducted by:

 Interim Trustee: WALDEMAR WOJCIK (X)
 Elected Trustee: _____ ( )  Disputed: ( )
 Other: _____

**Results of Meeting:**

Held: X           Not Held:
Concluded          Debtor Failed to Appear:
Continued X        Attorney Failed to Appear:
 Date: **5/12/20**       Rescheduled: yes:  no:
 Time: **1:00 pm**       Prior to:  At 341:
            **Date:**
            **Time:**

Address:          Motion to Dismiss to Follow:
            Other: Comments:

Address Correct X      707(b) Review:

Case determined to be: Asset:    No Action Required: X
         No-asset:    Recommend UST Action:
         Undetermined X  see below/letter to follow)
Creditors Present:

  Creditor   Representative   Address & Phone

**PRESENT:** Call Kirk Roessler, creditor's attorney at phone number provided.

Comments: Continued for document production and further testimony.

            /s/ Waldemar J. Wojcik
            _____
            WALDEMAR J. WOJCIK, Panel Trustee