UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
                                                                                                                CASE NO. 20-11348

JONATHON SAMUEL ETHAN SAWYER         CHAPTER 7
AMELIA LINA ZATIK

                               Debtor(s)                                         JUDGE JESSICA E. PRICE SMITH

## MINUTES OF MEETING OF CREDITORS

Date of Meeting: 04/14/20                                   Time: 1:00 PM

Debtor(s) Attorney: RICHARD H. NEMETH

Examination conducted by:

  Interim Trustee: WALDEMAR WOJCIK    (X)
  Elected Trustee: _____   ( )           Disputed: ( )
  Other: _____

**Results of Meeting:**

Held:     X                                                           Not Held:
Concluded                                            Debtor Failed to Appear:
Continued   X                                      Attorney Failed to Appear:
  Date**: 5/12/20**                             Rescheduled: yes:           no**:**
  Time: **1:00 pm**                          Prior to:         At 341:
                                                             **Date:**
                                                              **Time:**

Address:                                                Motion to Dismiss to Follow:
                                                        Other: Comments:

Address Correct    X                        <u>707(b) Review:</u>

Case determined to be:     Asset:            No Action Required:
                            No-asset:          Recommend UST Action:
                            Undetermined    X       see below/letter to follow)
Creditors Present:

        Creditor             Representative            Address & Phone

**PRESENT:**    **John Weaver, c/o United States Trustee**
                         **Kirk Roessler, Attorney for Chemical Bank**

Comments: **A full 341 examination could not be conducted in this business case on April 14 due to technical difficulties and the many other consumer cases scheduled on that date. The exam is being continued to afford ample opportunity to examine Debtors.**

                                                                    /s/ Waldemar J. Wojcik
                                                                  _____
                                                                  WALDEMAR J. WOJCIK, Panel Trustee