UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:
    CASE NO. 20-11348

JONATHON SAMUEL ETHAN SAWYER     CHAPTER 7
AMELIA LINA ZATIK

    Debtor(s)      JUDGE JESSICA E. PRICE SMITH

## MINUTES OF MEETING OF CREDITORS

Date of Meeting: 05/12/20      Time: 1:00 PM

Debtor(s) Attorney: RICHARD H. NEMETH

Examination conducted by:

  Interim Trustee: WALDEMAR WOJCIK    (X)
  Elected Trustee: _____ ( )      Disputed: ( )
  Other: _____

**Results of Meeting:**

| | |
|---|---|
| Held: X | Not Held: |
| Concluded | Debtor Failed to Appear: |
| Continued X | Attorney Failed to Appear: |
|   Date: **6/4/20** | Rescheduled: yes:    no: |
|   Time: **12:00 pm** | Prior to:    At 341: |
| | **Date:** |
| | **Time:** |
| Address: | Motion to Dismiss to Follow: |
| | Other: Comments: |
| Address Correct   X | 707(b) Review: |
| Case determined to be:    Asset: | No Action Required: X |
|   No-asset: | Recommend UST Action: |
|   Undetermined  X | see below/letter to follow) |

Creditors Present:

  Creditor      Representative      Address & Phone

**PRESENT:**

**Comments:** Continued for reporting purposes to produce documents.

                      /s/ Waldemar J. Wojcik
                      _____
                      WALDEMAR J. WOJCIK, Panel Trustee