**IT IS SO ORDERED.**

Dated:  20 May, 2020 06:15 PM



**JESSICA E. PRICE SMITH**
**UNITED STATES BANKRUPTCY JUDGE**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-11348 |
| | ) | |
| **JONATHON SAMUEL ETHAN SAWYER and AMELIA LINA ZATIK,** | ) ) | Chapter 7 |
| | ) | Judge Jessica E. Price Smith |
| | ) | |
| Debtor. | ) | |
| | ) | **ORDER GRANTING MOTION** |
| | ) | **OF PROMENADE DELAWARE LLC** |
| | ) | **FOR RELIEF FROM STAY** |
| | ) | |

This matter came before the Court on the Motion of Promenade Delaware LLC ("Promenade") for Relief from Stay (the "Motion"). (Docket 19). Movant has alleged that good cause for granting the Motion exists, and that Debtor, the Chapter 7 Trustee, and all other parties requesting notice were served with the Motion and Notice containing a date for filing responses to the Motion. No party filed a response in opposition to the Motion. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed in this Case by Section 362 of the Bankruptcy Code does not act as a stay of actions against Team Sawyer, LLC and GPF IV, LLC DBA Noodlecat.

IT IS FURTHER ORDERED that Movant, its successors and assigns are permitted to obtain an Order from the Cuyahoga County Commons Pleas Court (Case Number19-927059) returning the case to the pending docket.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

*/s/ David M. Neumann*
David Neumann (0068747)
MEYERS, ROMAN, FRIEDBERG & LEWIS
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
Phone: (216) 831-0042   Fax: (216) 831-0542
Email: dneumann@meyersroman.com

*Counsel for Promenade Delaware LLC*

Copies:

- Douglas M. Eppler    deppler@walterhav.com
- Richard H. Nemeth    rnemeth@ohbklaw.com, blfecf@gmail.com;mail@ohbklaw.com;nemethrr81897@notify.bestcase.com
- Kirk W. Roessler    kroessler@walterhav.com, kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com
- United States Trustee    (Registered address)@usdoj.gov
- Waldemar J. Wojcik    wwojcik@wojciklpa.com, wwojcik@ecf.axosfs.com

Via regular U.S. Mail:

    Mercedes-Benz Financial Services USA LLC
    c/o BK Servicing, LLC
    PO Box 131265
    Roseville, MN 55113

    PRA Receivables Management, LLC
    PO Box 41021
    Norfolk, VA 23541