IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| Jonathon S.E. Sawyer, and Amelia L. Zatik, | ) ) ) ) | CASE NO. 20-11348 JUDGE: Jessica Price Smith |
| Debtors. | ) ) ) | |

**NOTICE OF CHANGE OF DEBTORS' ADDRESS**
_____

PLEASE TAKE NOTICE, that the debtors in this case have changed their address to:

335 Fairview Ave.
Winnetka, IL 60093

Respectfully submitted,

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Nemeth & Associates, LLC
526 Superior Ave., NE, Ste. 333
Cleveland, OH 44114
216/502-1300; Fax: 216/502-1301
E-Mail: mail@ohbklaw.com

*Attorney for the debtors*

# CERTIFICATE OF SERVICE

I certify that on July 31, 2020, 2020, a true and correct copy of the foregoing was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Waldemar Wojcik, chapter 7 trustee, at wwojcik@wojciklpa.com;

And by regular U.S. mail, postage prepaid, on:

Chris Hitchcock, Geauga County Treasurer, 211 Main St., Chardon, OH 44024;

Westfield Bank, One Park Circle, Westfield Center, OH 44251-9744 [statutory agent address];

Westfield Bank, c/o Jon Park, Chairman & CEO, One Park Circle, Westfield Center, OH 44251-9744 [officer address];

Chemical Bank, c/o Dean Neilsen, 999 East Main St., Ravenna, OH 44266 [statutory agent address];

Chemical Bank, c/o Thomas C. Shafer, President and CEO, 333 W. Fort St., Detroit, MI 48226 [officer address];

Chemical Bank, c/o Kirk W. Roessler, Esq. & Douglas Eppler, Esq., Walter Haverfield, 1301 E. Ninth St., Suite 3500, Cleveland, OH 44114 [judgment lien counsel address];

Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011;

PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021;

717 Ink, 13000 Athens Ave, Lakewood, OH 44107-6256;

ABC Rental, 6514 Pearl Rd, Cleveland, OH 44130-3815;

ARS Rescue Service/Rescue Rooter, 4505 Industrial Pkwy, Cleveland, OH 44135-4541;

AT&T, PO Box 5080, Carol Stream, IL 60197-5080;

Alphagraphics,1701 E 12th St., Cleveland, OH 44114-3236;

Blue Ribbon Meats, 3316 W 67th Pl, Cleveland, OH 44102-5243;

Care Credit, P.O. Box 960061, Orlando, FL 32896-0061;

Catanese Classic Seafoods, 1600 Merwin Ave, Cleveland, OH 44113-2422;

JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774;

Chef 2 Chef Foods, 1893 E 55th St, Cleveland, OH 44103-3640;

Dean Supply, 3500 Woodland Ave., Cleveland, OH 44115-3421;

Dee Jays Processing, 17460 Ankneytown Rd., Fredericktown, OH 43019-8015;

Destination Cleveland, 334 Euclid Ave, Cleveland, OH 44114-2207;

DIRECTV LLC, ATTN BANKRUPTCIES, PO BOX 6550, GREENWOOD VILLAGE, CO 80155-6550;

Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954;

Personal Loans, Po Box 30954, Salt Lake City, UT 84130-0954;

Dominion East Ohio Gas Co., P.O. Box 26785, Richmond, VA 23261-6785;

Douglas M Eppler, attorney ,1301 East 9th St, #3500, Cleveland, OH 44114-1838;

Dubick, 6201 Euclid Ave, Cleveland, OH 44103-3794;

Ecolab, Inc., 4270 Ivy Pointe Blvd., Cincinnati, OH 45245-0003;

Electrical Appliance, 5805 Valley Belt Rd, Independence, OH 44131-1423;

Euro USA Cleveland, 4481 Johnston Pkwy, Cleveland, OH 44128-2952;

GFY Ventures, LLC, c/o RAR Statutory Service, 6685 BETA DRIVE, Cleveland, OH 44143-2320;

Hall Draft Beer Services, 4705 Van Epps Rd., Independence, OH 44131-1013;

Heritage Lake Farms, LLC, 18657 Mumford Road, Garrettsville, OH 44231-9502;

Hoof Hearted Brewing, LLC ,300 County Rd 26, Marengo, OH 43334-9678;

Illuminating Company, P.O. Box 3638, Akron, OH 44309-3638;

Joshen Paper & Packaging Co., 5808 Grant Ave., Cleveland, OH 44105-5608;

KeyBank, PO Box 183066, Columbus, OH 43218-3066;

Koehler Neal, LLC, 1301 East Ninth Street, Cleveland, OH 44114-1804;

Lou's Sausage Co. ,14723 Miles Ave, Cleveland, OH 44128-2397;

MRN Partnership, 629 Euclid Ave, Cleveland, OH 44114-3007;

Mansour Gavin, LPA, 1001 Lakeside Ave E, Cleveland, OH 44114-1172;

Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685;

Mercedes-Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961;

Morgan Services, Inc. ,323 North Michigan Avenue, Chicago, IL 60601-3701;

Multi Flow, 4705 Van Epps Rd, Independence, OH 44131-1013;

NHB- Northern Haserot, 21500 Alexander Rd, Bedford, OH 44146-5511;

Nordstrom FSB, 13531 E. Caley Ave, Englewood, CO 80111-6505;

Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555;

North Coast Gaskets, 5163 W 137th St., Brookpark, OH 44142-1809;

Northcoast Awning, 2635 Hamilton Ave., Cleveland, OH 44114-3725;

Northeast Ohio Regional Sewer, PO Box 94550, Cleveland, OH 44101-4550;

Office Depot ,6600 N Military Trl, Boca Raton, FL 33496-2434;

Ohio Bureau of Workers Compensation, 30 W. Spring St., Columbus, OH 43215-2256;

OHIO DEPARTMENT OF TAXATION, BANKRUPTCY DIVISION, 30 EAST BROAD STREET, COLUMBUS OHIO 43215-3414;

Ohio Department of Taxation CAT, Bankruptcy Division,30 E. Broad St., 23rd Floor, Columbus, OH 43215-3414;

On the Rise Artisan Bread & Pastry ,3471 Fairmount Blvd, Cleveland, OH 44118-4265;

Open Table ,1 Montgomery Street, San Francisco, CA 94104-4536;

Otto Products, Inc., 2865 W 3rd St., Cleveland, OH 44113-2544;

PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101-4982;

PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021;

Phoenix Coffee Co, 1728 St. Clair Ave., Cleveland, OH 44114-2008;

Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101-4982;

Pnc Bank, Po Box 3180, Pittsburgh, PA 15230-3180;

Power Alarm, 25086 Lakeland Blvd., Euclid, OH 44132-2628;

Protegis Fire & Safety, 4545 W 160th St., Cleveland, OH 44135-2647;

Public Square, 50 Public Square Suite 1700, Cleveland, OH 44113-2205;

R.J Heating & Cooling, 3805 Clark Ave., Cleveland, OH 44109-1189;

RENT-Corts Building, LLC, 1301 East 9th St.  #3500, Cleveland, OH 44114-1838;

Rare Tea Cellar, 3701 N Ravenswood Ave, Chicago, IL 60613-3553;

Registered Links, PO Box 244, Novelty, OH 44072-0244;

Restaurant Accounting Service, 41 Meetinghouse Ln # 7, Sagamore Beach, MA 02562-2449;

Rust Belt Riders, 1288 Marquette St., Cleveland, OH 44114-3920;

Sanson Company, 3716 Croton Ave., Cleveland, OH 44115-3417;

Service Wet Grinding, Co. ,1867 Prospect Ave E, Cleveland, OH 44115-2313;

Sirna & Sons,7176 State Route 88, Ravenna, OH 44266-9189;

Spectrum, PO Box 901, Carol Stream, IL 60132-0901;

Superior Beverage, 31031 Diamond Pkwy, Solon, OH 44139-5463;

Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001;

Sysco, 4747 Grayton Rd., Cleveland, OH 44135-2300;

Team Sawyer and GastroPub Farms, 5340 Hamilton Ave., Cleveland, OH 44114-3955;

Total Line Refrigeration, 33530 Pin Oak Pkwy., Avon Lake, OH 44012-2320;

Wasserstrom, P.O. Box 182056, Columbus, OH 43218-2056;

Jonathon S.E. Sawyer & Amelia L. Zatik, 335 Fairview Ave., Winnetka, IL 60093.

/s/ *Richard H. Nemeth*
Richard H. Nemeth (#0007392)
*Attorney for the debtors*