United States Bankruptcy Court
Northern District of Ohio

In re: Case No. 20-11348-jps
Jonathon Samuel Ethan Sawyer  Chapter 7
Amelia Lina Zatik
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: mgaug     Page 1 of 2
Date Rcvd: Oct 28, 2020     Form ID: pdf853     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/db | + | Jonathon Samuel Ethan Sawyer, Amelia Lina Zatik, 335 Fairview Ave., Winnetka, IL 60093-4210 |
| cr | + | Chemical Bank, c/o Kirk W. Roessler, Esq., 1301 East Ninth Street Suite 3500, Walter Haverfield LLP, Cleveland, OH 44114-1821 |
| cr | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 22:41:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankops@westfield-bank.com | Oct 28 2020 22:46:00 | Westfield Bank, FSB, 4940 Enterprise Parkway, Seville, OH 44273-8929 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | | Promenade Delaware LLC |
| db | *+ | Amelia Lina Zatik, 335 Fairview Ave., Winnetka, IL 60093-4210 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2020     Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David M. Neumann | on behalf of Creditor Promenade Delaware LLC dneumann@meyersroman.com jray@meyersroman.com;mnowak@meyersroman.com |
| David R. Mayo | on behalf of Creditor Westfield Bank FSB dmayo@beneschlaw.com, docket@beneschlaw.com;ckanor@beneschlaw.com |
| Douglas M. Eppler | on behalf of Creditor Chemical Bank deppler@walterhav.com |
| Kate M. Bradley ust44 | on behalf of U.S. Trustee United States Trustee kate.m.bradley@usdoj.gov |
| Kirk W. Roessler | on behalf of Creditor Chemical Bank kroessler@walterhav.com kballa@walterhav.com;slasalvia@walterhav.com;deppler@walterhav.com |
| Richard H. Nemeth | on behalf of Debtor Jonathon Samuel Ethan Sawyer rnemeth@ohbklaw.com blfecf@gmail.com;mail@ohbklaw.com;nemethrr81897@notify.bestcase.com |
| Richard H. Nemeth | on behalf of Debtor Amelia Lina Zatik rnemeth@ohbklaw.com blfecf@gmail.com;mail@ohbklaw.com;nemethrr81897@notify.bestcase.com |
| Richard John LaCivita | on behalf of Creditor Mercedes-Benz Financial Services USA LLC bknotice@reimerlaw.com |
| Seth Greenhill | on behalf of Creditor PNC Bank National Association seth.greenhill@padgettlawgroup.com, desiree.wyatt@padgettlawgroup.com |
| Waldemar J. Wojcik | on behalf of Trustee Waldemar J. Wojcik wwojcik@wojciklpa.com wwojcik@ecf.axosfs.com |
| Waldemar J. Wojcik | wwojcik@wojciklpa.com wwojcik@ecf.axosfs.com |

TOTAL: 11

**IT IS SO ORDERED.**

Dated:  27 October, 2020 02:48 PM



**JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-11348-jps |
| | ) | |
| Jonathon Samuel Ethan Sawyer | ) | Chapter 7 |
| *aka* Jonathan Sawyer | ) | |
| | ) | Judge JESSICA E. PRICE SMITH |
| Amelia Lina Zatik | ) | |
| *aka* Amelia Zatik-Sawyer | ) | <u>ORDER GRANTING MOTION OF PNC</u> |
| *aka* Amelia Sawyer | ) | <u>Bank, National Association FOR RELIEF</u> |
| | ) | <u>FROM STAY AND ABANDONMENT</u> |
| Debtors. | ) | <u>DOCKET NO. 57</u> |
| | ) | |
| | ) | PROPERTY DESCRIPTION: |
| | ) | 2017 FORD F150 |
| | ) | VIN #1FTEW1EF7HFC36354 |

This matter came before the Court on the Motion for Relief from Stay (the "Motion") filed by PNC Bank, National Association ("Movant"). (Docket  57 ).  Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the

Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the personal property 2017 FORD F150 VIN #1FTEW1EF7HFC36354.

**IT IS SO ORDERED.**

###

SUBMITTED BY:

PADGETT LAW GROUP

/s/ Seth Greenhill
Seth Greenhill, Esq.
Ohio Bar # 99380
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Seth.Greenhill@padgettlawgroup.com
Attorney for Creditor

**COPIES TO:**

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

Richard H. Nemeth, on behalf of Debtor(s), at rnemeth@ohbklaw.com

Waldemar J. Wojcik, Trustee, at wwojcik@wojciklpa.com
United States Trustee, US Trustee, at ustpregion09.cl.ecf@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Jonathon Samuel Ethan Sawyer, Debtor, 335 Fairview Ave., Winnetka, IL 60093
Amelia Lina Zatik, Co-Debtor, 335 Fairview Ave., Winnetka, IL 60093